IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY WILLIAM DONNELLY | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violation: 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1) |

**Receipt of Child Pornography**

The Grand Jury Charges:

Between in or about March of 2022 and in or about August of 2022, in the District of North Dakota,

GARY WILLIAM DONNELLY

did knowingly, and did attempt to, receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and which had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

FORFEITURE NOTICE

Upon conviction of violating Title 18, United States Code, Section 2252A as charged in this Indictment,

GARY WILLIAM DONNELLY

shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, and received in violation thereof and any and all property used and intended to be used in any manner and part to commit and to promote the commission of such violations, including, but not limited to, the following:

- One HGST 500 GB hard drive, serial number 151205RBF50AAH01SHEP, manufactured in China; and

- One Toshiba 1 TB hard drive, serial number 899DT0RUT67FHDKCB88D0A01T, manufactured in the Philippines.

By virtue of the commission of one or more of the felony offenses as charged in this Indictment, all right, title, and interest in the above-described property is vested in the United States and is hereby forfeited to the United States, pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

DLR/tmg