AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Gary William Donnelly<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.  1:25-cr-00228 |

REC'D USMS-D/ND
2025 OCT 9 10:47

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Gary William DONNELLY    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receipt of Child Pornography
Forfeiture Notice

Date:  10/09/2025

/s/ Carla Schultz
*Issuing officer's signature*

City and state:  Bismarck, North Dakota

Carla Schultz, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/09/25, and the person was arrested on *(date)* 10/21/25
at *(city and state)* Ray, North Dakota.

Date: 10/21/25

*Arresting officer's signature*

Deaven Shafer  Dusm
*Printed name and title*